O R I G I N A L

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 24 2014

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Cathy Wyrenbeck</u>

    v.                                   Civil No. 13-cv-287-JL

<u>Catch Neighborhood
Housing et al.</u>

### VERDICT FORM

<u>Claim 1: Discrimination</u>

1.A. Do you find that Ms. Wyrenbeck has proven her claim of disability discrimination against the defendants?

_____
(Yes or No)

(If your answer to Question 1.A is "yes,"
proceed to Question 1.B.  If your answer to
Question 1.A is "no," proceed to Question 2.A.)

1.B. What amount of compensatory damages do you award to Ms. Wyrenbeck on her claim of disability discrimination?

_____
(State the amount in words, not figures.)

(If your answer to Question 1.B is any number other than zero,
proceed to Question 2.A.  If your answer to Question 1.B is
"zero," proceed to Question 1.C.)

1.C. What amount of nominal damages do you award to Ms. Wyrenbeck on her claim of disability discrimination?

_____
(State the amount in words, not figures. This amount must be more than zero dollars, but cannot exceed one dollar.)

(Proceed to Question 2.A)
<u>Claim 2: Retaliation</u>

2.A. Do you find that Ms. Wyrenbeck has proven her claim of retaliation against the defendants?

____No____
(Yes or No)

(If your answer to Question 2.A is "yes," proceed to Question 2.B  If your answer to Question 2.A is "no," proceed to Question 3.A.)

2.B. What amount of compensatory damages do you award to Ms. Wyrenbeck on her claim of retaliation?

_____
(State the amount in words, not figures.)

(If your answer to Question 2.B is any number other than zero, proceed to Question 3.A.  If your answer to Question 2.B is "zero," proceed to Question 2.C.)

2.C. What amount of nominal damages do you award to Ms. Wyrenbeck on her claim of retaliation?

_____
(State the amount in words, not figures. This amount must be more than zero dollars, but cannot exceed one dollar.)

(Proceed to Question 3.A)

Claim 3: Negligence

A. Do you find that Ms. Wyrenbeck has proven her claim of negligence against the defendants?

___YES___
(Yes or No)

(If your answer to Question 3.A is "yes," proceed to Question 3.B. If your answer to Question 3.A is "no," conclude your deliberations.)

B. What amount of compensatory damages do you award to Ms. Wyrenbeck on her claim of negligence?

___Four Thousand Five Hundred Dollars.___
(State the amount in words, not figures.)

(This concludes your deliberations.)

_____
Foreperson

___10/24/2014___
Date